RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 24 2015

Abel Acosta, Clerk

Court Criminal Appeals
ATTN: Abel Acosta, Clerk
  P.O. Box 12308, Capitol Station
  Austin, Texas 78711

72,411-12

RE: Damon Tremayne Wilson
     TDCJ # 1437943
     Trial Court No. 28362-F
     WR-72-411-12

Requesting for an Indigent
Copy of Memorandum of Law
in WR-72-411-12 and TR.Ct.No. 28362-F:

TO THE HONORABLE CLERK of said COURT:
  Now comes, Damon T. Wilson, Pro, Se,
  in the above-styled and numbered
  cause of action and files this
  Request for an copy of the
  Memorandum of Law, that was
  presented to this Clerk Office in
  TR.Ct.No. 28362-F. My Reason for
  the copies is because in the
  Memorandum of Law, there are
  some exhibits of NEW EVIDENCE
  that I'm needing Just in case
  this Honorable DENY My Writ.
I couldn't make copies because
TDCJ Policy does not allow inmates
to make copies from the Law
Library. I would Appreciate you,
     if you would grant this.

P.S. — Please send copies of MEMORANDUM OF Law.
Thank you for your kind service. Please Respond to this letter in common courtesy.

WRITE TO:

Yours Truly,
Damon T. Wilson #1437943
Telford Unit
3899 State Hwy. 98
New Boston, TX 75570